# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                       PLAINTIFF

v.                    NO. 4:12CR00071-004 SWW

STEPHANIE DENISE DOLPHIN                               DEFENDANT

## ORDER

The Court has been advised that the Judgment and Commitment filed May 31, 2013 [doc #119] should be and hereby is modified as follows:

Condition #1 shall be modified to reflect that *Defendant shall participate, under the guidance and supervision of the U. S. Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.*

Add: Condition #5. *Defendant shall take her prescription medications as prescribed.*

All other terms and conditions of defendant's Judgment and Commitment shall remain unchanged and in full force and effect.

IT IS SO ORDERED this 5th day of June 2013.

                                                     /s/Susan Webber Wright

                                                     United States District Judge