IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA											PLAINTIFF

VS.							4:12-CR-00071-02-SWW

LAKEESHA LASHUN MOORE											DEFENDANT

## ORDER

Pending is Defendant's Motions to Modify Sentence Under 18 U.S.C. § 3582 (Doc. No. 132). Defendant contends that there was a post-sentencing amendment to the Guidelines that would result in a sentence reduction for her. Her claim is without merit.

First, each cases cited by Defendant came years before she was sentenced in 2013, so any applicable changes to the Guidelines were considered at her sentencing.

Second, on May 14, 2013, Defendant was sentenced to 46 months in prison. This sentenced was based on a total offense level of 21, criminal history score of III, and guideline range of 46 to 57 months. Her guideline range has not changed.

Accordingly, Defendant's Motions to Modify Sentence Under 18 U.S.C. § 3582 (Doc. No. 132) is DENIED.

IT IS SO ORDERED this 18th day of February, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE